UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FREDDY CANO,

                              Petitioner,

-against-

JAMES L. WALSH, SUPERINTENDENT
SULLIVAN CORRECTIONAL FACILITY,

                              Respondent.
-------------------------------------------------------------------X

JUDGMENT
02-CV- 5774 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on October 12, 2004, dismissing the petition for a writ of habeas corpus; and granting a Certificate of Appealability on the claim that the trial court abused its discretion in limiting cross-examination of the accusing witness on the ground of the rape shield law; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is dismissed; that a Certificate of Appealability is granted on the claim that the trial court abused its discretion in limiting cross-examination of the accusing witness on the ground of the rape shield law.

Dated: Brooklyn, New York
       October 14, 2005

ROBERT C. HEINEMANN
Clerk of Court